PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL KORS (USA), INC., a Delaware corporation and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-04654-MCS-RAO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Action filed: May 18, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gabriella Hernandez dismisses without prejudice this action against Michael Kors (USA), Inc. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: July 30, 2023                        PACIFIC TRIAL ATTORNEYS, APC

                                            By: */s/ Scott J. Ferrell*
                                                Scott. J. Ferrell
                                                Attorneys for Plaintiff and the Class

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.